**UNITED STATES of America, Plaintiff–Appellee**

**v.**

**Ernesto Valles MORENO, also known as Rocky, Defendant–Appellant.**

**No. 12–40267**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 19, 2013.

James Mack Noble, IV, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Tyler, TX, for Plaintiff–Appellee.

James Warner Huggler, Jr., Esq., Law Office of James Huggler, Tyler, TX, for Defendant–Appellant.

Before KING, CLEMENT, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ernesto Valles Moreno has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Valles Moreno has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Valles Moreno's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Valles Moreno's motions for oral argument and appointment of new counsel are DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.